COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-442-CV

 

IN RE FORT WORTH ENERGY                                                  RELATORS

COMPANY, LLC, FORT WORTH 

PIPELINE COMPANY, LLC, AND 

C.W. STOCKER, III                                                                               

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL A: 
LIVINGSTON, J.; CAYCE, C.J.; and WALKER, J.

 

DELIVERED: 
December 18, 2007











    [1]See
Tex. R. App. P. 47.4.